UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SURGEFORCE LLC,**

    **Plaintiff,**

    v.

**ROGELIO ALONSO,**

    **Defendant.**

**Case No. 2:24-cv-776**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the parties' Joint Motion for Continuance of the Preliminary Injunction Hearing Date and Plaintiff's Reply Memorandum in Further Support of its Motion for Preliminary Injunction. (ECF No. 23.) The parties jointly request that the preliminary injunction hearing, which is set for April 29, 2024, be continued for around three weeks. (*Id.*) The parties request the continuance to facilitate further imaging of Defendant Rogelio Alonso's personal laptop. (*Id.*)

Plaintiff Surgeforce LLC also asks for an extension of its deadline to reply to the Motion for Preliminary Injunction until 12 days before the scheduled hearing date, and Defendant does not object. (*Id.*)

The Joint Motion is **GRANTED**. (ECF No. 23.) The preliminary injunction hearing is continued until **May 28, 2024 at 9:00 a.m**. Plaintiff's reply brief is due on **May 13, 2024**.

Additionally, the Court had ordered the parties to meet and confer and advise the Judge's law clerk whether they would like to participate in Court-facilitated mediation. (ECF No. 13.) The parties have done so, and advised that they are amenable to mediation. The Court finds this is a suitable time to attempt to resolve this case extrajudicially.

The parties are **ORDERED** to meet and confer regarding dates and times for a Court-scheduled mediation with Magistrate Judge Chelsey M. Vascura and to submit a joint status report regarding the same **on or before April 26, 2024**. The Court expects the mediation will be scheduled for a time in May 2024, before the preliminary injunction hearing.

Finally, the Entry Governing Discovery Relating to the Hearing on Plaintiff Surgeforce LLC's Motion for Preliminary Injunction and Agreed Protective Order (ECF No. 23) mooted Plaintiff's Surgeforce LLC's Motion for Expedited Discovery (ECF No. 4), which was originally filed in Franklin County Court of Common Pleas. The Clerk is **DIRECTED TO TERMINATE** that Motion (ECF No. 4) as **MOOT**.

**IT IS SO ORDERED.**


**4/17/2024**　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**