**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**SURGEFORCE LLC,**

    **Plaintiff,**

    v.                              **Case No. 2:24-cv-776
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura**

**ROGELIO ALONSO,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Set a Briefing and Hearing Schedule. (ECF No. 53.) The parties previewed these issues for the Court at a recent telephone conference under Local Civil Rule 37.1. (ECF No. 52.) In their Joint Motion, they ask the Court to reset the deadline for Plaintiff Surgeforce LLC to file a reply memorandum in support of its Motion for an Order to Show Cause Why Contempt Should Not Issue (ECF No. 40), and to set a hearing on the Show Cause Motion.

For good cause shown, the parties' Joint Motion to Set a Briefing and Hearing Schedule is **GRANTED**. (ECF No. 53.) Plaintiff Surgeforce LLC's reply memorandum will be due on or before February 27, 2026.

The Court sets a hearing date and time by separate notice.

    **IT IS SO ORDERED.**


**11/25/2025**                                                             **s/Edmund A. Sargus, Jr.**
**DATE**                                                                 **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**